## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**CHADWICK KISTER,**

|  |  |  |  |
|---|---|---|---|
| | **Plaintiff,** | **:** | |
| **v.** | | | **Case No. 2:22-cv-49** |
| | | | **Judge Sarah D. Morrison** |
| | | | **Magistrate Judge Kimberly A. Jolson** |
| **ATHENS COUNTY** | | | |
| **SHERIFFS,** *et al.*, | | **:** | |
| | **Defendants.** | | |

### ORDER

On August 17, 2022, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Chadwick Kister's applications to proceed *in Forma Pauperis* (ECF Nos. 1, 4, 7) be denied. (R&R, ECF No. 11.) Although Mr. Kister was advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so (*see* R&R, 6), no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, the applications to proceed *in forma pauperis* (ECF Nos. 1, 4, 7) are **DENIED**. Mr. Kister is **ORDERED** to pay the $402 filing fee **within thirty days** in order to proceed in this action. The Court further **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith.

  **IT IS SO ORDERED.**

      /s/ Sarah D. Morrison
      **SARAH D. MORRISON**
      **UNITED STATES DISTRICT JUDGE**